AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Sue A. Meyers, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Illinois Department of Transportation, and Randall S. Blankenhorn, Director, Illinois Department of Transportation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-CV-1357 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Randall S. Blankenhorn, Director
Illinois Department of Transportation
2300 S. Dirksen Parkway
Springfield, IL 62764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Greg Roosevelt
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/9/2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No. *18-cv-1357*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **RANDALL S. BLANKENHORN, DIRECTOR**
was received by me on *(date)* **07-19-18**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **VICKI GOLDEN - SECRETARY**, who is
designated by law to accept service of process on behalf of *(name of organization)* **ILLINOIS DEPARTMENT OF TRANSPORTATION, 2300 S. DIRKSEN PARKWAY, SPRINGFIELD, IL 62764** on *(date)* **07-19-18** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7-19-18**

_____
Server's signature

**BRIAN BREWER**
Printed name and title

**SIR INVESTIGATIONS LLC
205 S. 1st ST.
FAIRFIELD, IL 62837**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Sue A. Meyers, Inc. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 18-CV-1357 |
| Illinois Department of Transportation, and Randall S. Blankenhorn, Director, Illinois Department of Transportation | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Illinois Department of Transportation
2300 S. Dirksen Parkway
Springfield, IL 62764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Greg Roosevelt
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/9/18

*Signature of Clerk or Deputy Clerk*

Civil Action No. *18-CV-1357*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ILLINOIS DEPARTMENT OF TRANSPORTATION
was received by me on *(date)* 07-19-18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* VIKKY GOLDEN - SECRETARY , who is
designated by law to accept service of process on behalf of *(name of organization)* ILLINOIS DEPARTMENT
OF TRANSPORTATION 2300 S. DIRKSEN PARKWAY SPRINGFIELD IL 62764 on *(date)* 07-19-18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-19-18

*Brian Brewer*
Server's signature

BRIAN BREWER
Printed name and title

SIR INVESTIGATIONS LLC
205 S. 1st ST.
FAIRFIELD IL 62837
Server's address

Additional information regarding attempted service, etc: