IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUE A. MEYERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-1357-SMY-RJD |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| TRANSPORTATION and RANDALL S. ) | |
| BLANKENHORN, DIRECTOR, ILLINOIS ) | |
| DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

NOW COME defendants, ILLINOIS DEPARTMENT OF TRANSPORTATION and RANDALL S. BLANKENHORN, Director, Illinois Department of Transportation, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move for an extension of time, up to and including September 10, 2018, to file a responsive pleading, stating as follows:

1. Plaintiff filed her Complaint on July 6, 2018. [Doc. 1].

2. Summons were returned executed by Illinois Department of Transportation and Randall S. Blankenhorn, on July 19, 2018. [Doc. 7].

3. The deadline for defendants, Illinois Department of Transportation and Randall S. Blankenhorn, to file a responsive pleading is August 9, 2018.

4. Due to the undersigned's schedule, the undersigned needs additional time to review the documents, speak with his clients, and draft a responsive pleading.

5.     Therefore, defendants, Illinois Department of Transportation and Randall S. Blankenhorn, request an additional 30 days, up to and including September 10, 2018, to file a responsive pleading.

WHEREFORE, for the above and foregoing reasons, defendants, Illinois Department of Transportation and Randall S. Blankenhorn, respectfully request this honorable Court grant defendants' motion and extend the time to file a responsive pleading as stated herein.

                      ILLINOIS DEPARTMENT OF
                      TRANSPORTATION and RANDALL S.
                      BLANKENHORN, DIRECTOR, ILLINOIS
                      DEPARTMENT OF TRANSPORTATION,

                            Defendants,

                      LISA MADIGAN, Attorney General,
                      State of Illinois,

Clayton J. Ankney, #6320224
Assistant Attorney General                    Attorney for Defendants,
500 South Second Street
Springfield, IL 62701                          By:  /s/ Clayton J. Ankney_____
(217) 782-2077 Telephone                      Clayton J. Ankney, #6320224
(217) 524-5091 Fax                                Assistant Attorney General
E-Mail:  cankney@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SUE A. MEYERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-1357-SMY-RJD |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| TRANSPORTATION and RANDALL S. | ) | |
| BLANKENHORN, DIRECTOR, ILLINOIS | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2018, the foregoing document, Motion for Extension of Time to File Answer, was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

Greg E. Roosevelt:    gregroosevelt@gmail.com

                                        s/ Clayton J. Ankney
                                        Clayton J. Ankney
                                        Assistant Attorney General

Clayton J. Ankney, #6320224
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-2077 Phone
(217) 524-5091 Fax
Email: cankney@atg.state.il.us

3